[No. 32781-0-I.    Division One.    May 9, 1994.]

GRACE PETERSON, *Appellant*, v. BIDDLE & CROWTHER HEALTHCARE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-27031-7, Donald D. Haley, J., entered April 22, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31273-1-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-03119-3, R. Joseph Wesley, J., entered August 6, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31159-0-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNDA JIMERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07321-6, Larry A. Jordan, J., entered July 17, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30264-7-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PALMER DOWDNEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05145-0, Ricardo S. Martinez, J., entered March 10, 1992. *Dismissed* by unpublished per curiam opinion.